AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF       NEVADA

RAINEE GRASS

JUDGMENT IN A CIVIL CASE

V.

Case Number:    3:06-cv-00599-HDM-VPC

SCOLARI'S WAREHOUSE MARKET, INC.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**Summary Judgment is entered in favor of the Defendant, Scolari's Warehouse Market, Inc., and against the Plaintiff, Rainee Grass.**

February 11, 2008
Date

Paris M. Lewis
Clerk

/s/ Paris M. Lewis
(By) Deputy Clerk